MARGARET HART EDWARDS, Bar No. 65699
ROBERT L. ZALETEL, Bar No. 96262
CONSTANCE E. NORTON, Bar No. 146365
LUCAS V. MUNOZ, Bar No. 254900
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: mhedwards@littler.com
       rzaletel@littler.com
       cnorton@littler.com
       lmunoz@littler.com

Attorneys for Defendant
BENIHANA NATIONAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUO AKAOSUGI, HIEU NGUYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BENIHANA NATIONAL CORP.,<br><br>Defendant. | CASE NO. 3:11-CV-01272 WHA and CASE NO. CV12-03411<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES<br><br>Date:    TBD<br>Time:    TBD<br>Judge:   Hon. William H. Alsup<br>Ctrm.:   8, 19th Floor |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. 3:11-CV-01272 WHA

[PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION

Defendant Benihana National Corp's unopposed Administrative Motion brought pursuant to Local Rule 3-12, for an Order finding *Romeo Cabe, et al. v Benihana National Corp.*, Case No. CV12-03411 (removed from Santa Clara County Superior Court Case No. SCV 245198) ("*Cabe*") to be related to *Akaosugi, et al. v. Benihana National Corp.*, Case No. 11-CV-01272 WHA ("*Akaosugi*") was considered by this Court. Based on all briefs, evidence and pleadings in both actions, and for good cause appearing, the Court finds:

1. The *Cabe* action arises out of the same facts and circumstances and involves the same parties as *Akaosugi*. *See* Local Rule 3-12(a)(1) (the actions concern substantially the same parties, transactions and events);

2. Given Judge Alsup's prior investment of time in more than a year of proceedings, including disputes regarding BNC's ability to take the depositions of the *Cabe* declarants/plaintiffs, substantial class certification briefing and multiple hearings in Akaosugi, and because it would be likely that there would be an unduly burdensome duplication of labor and expense or conflicting results if the *Cabe* action was conducted before a new and different Judge or Magistrate, it is appropriate to order *Cabe* related to *Akaosugi*. *See* Local Rule 3-12(a)(2); and,

3. The Court, therefore, finds that *Romeo Cabe, et al. v Benihana National Corp.*, Case No. CV12-03411 is related to *Akaosugi, et al. v. Benihana National Corp.*, Case No. 11-CV-01272 WHA and orders *Cabe* immediately assigned to Judge Alsup for all purposes.

**IT IS SO ORDERED.**

DATED: July 23, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

Firmwide:113006222.1 062447.1005

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. 3:11-CV-01272 WHA

[PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION