IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Petitioner,

 v.

BEN CURRY,

    Respondent.
                                  /

No. C 09-03144 WHA

**ORDER RE HEARING SET FOR JANUARY 31**

    Respondent has filed a brief indicating that it does not oppose petitioner's motion for leave to file a Rule 60 motion. The hearing will remain on calendar for January 31. Both sides are requested to please bring petitioner's medical records to the hearing, to the extent that it is in their possession.

**IT IS SO ORDERED.**

Dated: January 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE